**U.S. Department of Justice**
**United States Marshals Service**

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 1 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Cecil Elmore Jr | 2:24-cv-10259-FLA-BFM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Starbucks Corporation | Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Diana Leon; Kara Ritter Cole

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
18565 Jamboree road Suite 800, Irvine, California, 92612

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Cecil Elmore Jr | Number of process to be served with this Form 285 |
| P.O. Box 12 | Number of parties to be served in this case: 1 |
| New York, New York 10014 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 3236089894 | 09/05/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk | Date 9/9/25 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Mahogany McClelland (Office Sev.) Assistant | 9/10/2025 | 10:00 | ☑ am ☐ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

| # of DUSMS: | |
|---|---|
| # of hours for all DUSMS: | 2 |
| # of round trip miles for all vehicles: | 30 miles |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-10259-FLA-BFM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DIANA LEON, KARAA R, Hercole
was received by me on *(date)* 9/9/25 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mahogany McClelland , who is
designated by law to accept service of process on behalf of *(name of organization)*
DIANA LEON on *(date)* 9/10/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 9/10/2025 _____

_____
Server's signature

ANDREW NGUYEN , DEPUTY US MARSHAL
Printed name and title

411 W 4th street Santa Ana CA 92701
Server's address

Additional information regarding attempted service, etc: